UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JERPAUL D. SPENCER,

        Plaintiff,

v.                                                Case No. 16-cv-662-pp

EDWARD A. FLYNN, MICHAEL VAGNINI,
JACOB KNIGHT, JEFFERY KLINE,
PAUL MARTINEZ, GREGORY M. KUSPA,
JESSE BUSSHARDT, MICHAEL VALUCH,
and KEITH GARLAND,

        Defendants.

## DECISION AND ORDER GRANTING PLAINTIFF'S MOTION TO STAY FURTHER PROCEEDINGS (DKT. NO. 86)

On July 6, 2016, Plaintiff Jerpaul D. Spencer, a Wisconsin state prisoner who is representing himself, filed a complaint under 42 U.S.C. §1983. Dkt. No. 1. The court allowed him to proceed on his Fourth Amendment claims regarding warrantless searches and a possible City of Milwaukee policy or custom of allowing, or at least encouraging, illegal searches and seizures. Dkt. No. 13 at 6.

On May 21, 2018, the plaintiff filed a second motion to compel defendants to respond to his discovery requests. Dkt. No. 78. The defendants asked for an extension of time to file their opposition to that motion, dkt. no. 79; the court granted that motion, dkt. no. 81, and they since have filed their opposition materials, dkt. nos. 83-84.

The plaintiff has filed a motion asking the court to stay proceedings; it really is a motion for an extension of time for him to file a reply in support of his motion to compel. Dkt. No. 86. He explains that he gets only two hours per week in the law library at Green Bay Correctional, and that he has to write out all of his responses by hand. Id. at 1. He also indicates that he may possibly have an opportunity to have a lawyer represent him, and he'd like the time to explore that opportunity. Id. at 2.

The court will construe plaintiff's motion to stay proceedings as a motion for an extension of time, and will grant his request to extend the deadline for filing his reply by thirty days.

The court **ORDERS** that the plaintiff's motion to stay further proceedings, which the court construes as a motion for an extension of time, is **GRANTED**. Dkt. No. 86.

The court **ORDERS** that the plaintiff shall file his reply in time for the court to receive it by the end of the day on **Friday, July 27, 2018**.

Dated in Milwaukee, Wisconsin, this 6th day of July, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**