UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JERPAUL D. SPENCER,

    Plaintiff,

 v.               Case No. 16-cv-662-pp

ED FLYNN, MICHAEL VAGNINI,
JACOB KNIGHT, JEFFREY CLINE,
PAUL MARTINEZ, GREGORY KUSPA,
JESS BUSSHARDT, MICHAEL VALUCH,
and KEITH GARLAND,

    Defendants.

---

**ORDER APPROVING STIPULATION (DKT. NO. 97)**

---

  On November 27, 2018, the parties filed a stipulation granting plaintiff's counsel permission to review deposition transcripts in the possession of Attorney Ronald Bornstein, which are subject to a protective order in <u>Willie Newman v. City of Milwaukee, et al.</u>, Case No. 15-cv-1363-jps (E.D. Wis.). Dkt. No. 97. Plaintiff's counsel would like to review the transcripts without violating the order.

  The court **APPROVES** counsels' stipulation. Attorney Nathaniel Cade, Jr., as counsel for the plaintiff, may review deposition transcripts in Attorney Ronald Bornstein's possession taken in <u>Willie Newman v. City of Milwaukee</u>, 15-cv-1363-jps (E.D. Wis.), without violating the protective order in that case. If Attorney Cade wants to share those transcripts with the plaintiff, Jerpaul Spencer, Attorney Cade must redact any confidential or personal information

1

consistent with the protective order entered in Newman, 15-cv-1363, dkt. no. 14. Attorney Cade must provide Attorney Naomi Gehling with a copy of any such redacted transcript at least ten business days in advance of disclosure so that Attorney Gehling can review to the transcript(s) and confirm that no confidential or personal information may be viewed by the plaintiff in violation of the Newman protective order.

Dated in Milwaukee, Wisconsin this 6th day of December, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**