

**NATHANIEL CADE, JR.**
nate@cade-law.com
www.cade-law.com

May 21, 2012

**VIA ELECTRONIC FILING**

Hon. Pamela Pepper
E.D. Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      Re:    <u>Spencer v. City of Milwaukee et al</u>
               E.D. Wis. Case # 16-CV-0662

Dear Judge Pepper:

    At the May 4, 2021 status conference, the Court requested the parties prepare and identify when this matter would be ready for trial after Attorney Sue Lappen had the ability to review the file. However, Attorney Lappen has taken an extended leave.

    Attorney Robin Pederson has now taken over the handling of this matter, and he and I spoke today about the case status.

    The parties agree that mediation is not likely to lead to any success, and therefore request the scheduling of a trial date, likely in December 2021 or later.

                                      Very truly yours,

                                      **CADE LAW GROUP LLC**

                                      Nathaniel Cade, Jr.

NC:cn

cc:    Robin Pederson, Esq. (via ECF only)

P.O. BOX 170887, MILWAUKEE, WISCONSIN 53217
(414) 255-3802 (o)    (414) 255-3804 (f)
Case 2:16-cv-00662-PP   Filed 05/21/21   Page 1 of 1   Document 139